```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    HENRY MILLER
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,       )  Cr.S. 06-168-GGH
12                                  )
                     Plaintiff,     )  STIPULATION AND ORDER
13                                  )
         v.                         )  Date:  October 23, 2006
14                                  )  Time:  9:00 a.m.
    HENRY MILLER,                   )  Judge: Gregory G. Hollows
15                                  )
                     Defendant.     )
16                                  )
    _____ )
17
```

18       The United States of America, through MATTHEW C. STEGMAN,

19  Assistant United States Attorney, together with defendant, HENRY

20  MILLER, by and through his counsel TARA I. Allen of the Federal

21  Defenders Office, stipulate that the judgment and sentencing hearing

22  set for October 2, 2006 at 9:00 a.m. be rescheduled for October 23,

23  2006 at 9:00 a.m.  The following will be the new schedule for

24  disclosure of the Presentence report and for filing of objections to

25  the Presentence report:

26       The proposed Pre-Sentence Report shall be
         disclosed to counsel no later than . . . . . . September 18, 2006
27

28

```
     Counsel's Written Objections to the Presentence
     Report Shall be Delivered to the Probation
     Officer and Opposing Counsel no Later Than . . . . October 2, 2006

     The Presentence Report Shall be Filed with the
     Court and Disclosed to Counsel no Later Than . . . October 9, 2006

     Motion for Correction of the Presentence Report
     Shall be Filed with the Court and Served on the
     Probation Officer and Opposing Counsel
     no Later Than . . . . . . . . . . . . . . . . . . October 16, 2006
```

Dated: August 23, 2006

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

                                                /s/ Tara I. Allen
                                                _____
                                                TARA I. ALLEN
                                                Staff Attorney
                                                Attorney for Defendant
                                                HENRY MILLER

Dated: August 23, 2006          MCGREGOR W. SCOTT
                                                United States Attorney

                                                /s/ Laura Ferris for
                                                _____
                                                MATTHEW STEGMAN
                                                Assistant U.S. Attorney


                              _____

    IT IS SO ORDERED that the judgment and sentencing hearing is now set for October 23, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 8/23/06                             /s/ Gregory G. Hollows
                                                _____
                                                GREGORY G. HOLLOWS
                                                United States Magistrate Court