```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HENRY MILLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 06-168-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | Date:  November 27, 2006 |
| ) | Time:  9:00 a.m. |
| HENRY MILLER, ) | Judge: Gregory G. Hollows |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

    The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, HENRY MILLER, by and through his counsel Tara I. Allen of the Federal Defender's Office and United States Probation Officer, Scott Storey, stipulate that the judgment and sentencing hearing set for October 30, 2006 at 9:00 a.m. be rescheduled for Monday, November 27, 2006 at 9:00 a.m.  This continuance is being requested to give the defense an opportunity to present an additional position to probation and to give probation and the government sufficient time to respond.  The following will be the additional supplemental schedule for disclosure of the Presentence report and for filing of objections to the Presentence

report:

    Counsel's Written Supplemental Objections to the
Presentence Report Shall be Delivered to the
Probation Officer and Opposing Counsel
no Later Than . . . . . . . . . . . . . . . . . . October 25, 2006

    Government's Response due . . . . . . . . . . . October 31, 2006

    The Presentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than . . November 9, 2006

    Motion for Correction of the Presentence Report
Shall be Filed with the Court and Served on the
Probation Officer and Opposing Counsel
no Later Than . . . . . . . . . . . . . . . . . . November 16, 2006

Dated: October 25, 2006

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Tara I. Allen
    _____
    TARA I. ALLEN
    Staff Attorney
    Attorney for Defendant
    HENRY MILLER

Dated: October  20 , 2006    MCGREGOR W. SCOTT
    United States Attorney

    /s/ Matthew Stegman
    _____
    MATTHEW STEGMAN
    Assistant U.S. Attorney

    IT IS SO ORDERED that the judgment and sentencing hearing is now set for Monday, November 27, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated:10/25/06    /s/ Gregory G. Hollows
    GREGORY G. HOLLOWS
    United States Magistrate Court

miller168.ord-2

2